IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KD GRAPHICS, INC. and JEFFREY KWAIT,<br>　　　Plaintiffs,<br><br>　　　v.<br><br>TROPICAL GRAPHICS, INC. and PAUL HIRST,<br>　　　Defendants. | CIVIL ACTION NO. 02-4041 |

**O R D E R**

**AND NOW,** this 3rd day of July, 2002, it is hereby **ORDERED** that Defendants shall respond to Plaintiffs' Motion for Temporary Restraining Order within ten (10) days. Plaintiffs shall serve a copy of this Order upon defendants.

BY THE COURT:

_____
**MARVIN KATZ, S.J.**