IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| KD Graphics, Inc., et al | :        CIVIL ACTION |
| v. | : |
|  | :        No. 02-4041 |
| Tropical Graphics, Inc., et al | : |
|  | : |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for

ARBITRATION at 9:30 am on Tuesday, December 17, 2002.  **PLEASE NOTE THAT THIS**

**ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900**

**MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM**

**ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

> Michael E. Kunz
> Clerk of Court
>
>
> By:_____
> Tashia C. Irving
> Deputy Clerk
> Phone:267-299-7071

Date: _August 09, 2002_

Copies:     Elizabeth Purnell, Courtroom Deputy to Judge Marvin Katz
             Docket Clerk - Case File

           Counsel:        Andrew Lapat, Esq.
                             Steven T. Voigt, Esq.
                             Tracy Zurzolo Frisch, Esq.

ARB2.FRM