IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KD Graphics, Inc., and | : | |
| Jeffrey Kwait, | : | |
| Plaintiffs, | : | Civil Action |
| v. | : | No. 02CV4041 |
| Tropical Graphics, Inc., and | : | |
| Paul Hirst, | : | Jury Trial Demanded |
| Defendants. | : | |

**PLAINTIFFS' RULE 26(a) DISCLOSURE STATEMENT**

Plaintiffs KD Graphics ("KD") and Jeffrey Kwait ("Kwait") by and through their attorneys Stein & Silverman, P.C. makes the following self-executing disclosure pursuant to the Federal Rules of Civil Procedure:

Plaintiffs reserve the right to supplement this submission should they become aware of additional responsive information.

26(a)(1)(A): Persons likely to have discoverable information that plaintiff may use to support claims or defenses.

1. Jeffrey Kwait

2. Christie Kwait

3. Nancy Baldomero

26(a)(1)(B): Documents in plaintiffs' possession which may be used to support claims.

Copies of the following documents are located at the offices of Stein & Silverman, P.C., 230 South Broad Street, Philadelphia, PA 19102.

1. Phone records

2. Computer tracing documents - PING

    3.    Printouts of emails received as a result of defendants

    4.    Business billing records

26(a)(1)(C): Computation of damages.

    Plaintiff has suffered unliquidated damages.

26(a)(1)(D): Insurance.

    There is no applicable insurance policy.


DATE: September 10, 2002        STEIN & SILVERMAN, P.C.

_____
Andrew Lapat
230 S. Broad Street, 18th Floor
Philadelphia, PA 19102
(215) 985-0255