IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KD GRAPHICS, INC. and JEFFREY KWAIT,<br>      Plaintiffs,<br><br>v.<br><br>TROPICAL GRAPHICS, INC. and PAUL HIRST,<br>      Defendants. | CIVIL ACTION NO. 02-4041 |

**O R D E R**

**AND NOW,** this           day of September, 2002, upon consideration of Plaintiffs' Motion to Dismiss Defendants' Counterclaim and the response thereto, it is hereby **ORDERED** that said Motion is **DENIED** without prejudice to renew the contentions at the arbitration.

BY THE COURT:

_____
**MARVIN KATZ, S.J.**