IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KD Graphics, Inc., et al | : | CIVIL ACTION |
| v. | : | |
| | : | No. 02-4041 |
| Tropical Graphics, Inc., et al | : | |

### NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on * Friday, January 17, 2003.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

* Hearing continued from 12/17/02

By:_____
Tashia C. Irving
Deputy Clerk
Phone: 267-299-7071

Date: October 31, 2002

Copies:   Elizabeth Purnell, Courtroom Deputy to Judge Marvin Katz
Docket Clerk - Case File

   Counsel:   Andrew Lapat, Esq.
Steven T. Voigt, Esq.
Tracy Zurzolo Frisch, Esq.

ARB2.FRM