UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KD GRAPHICS, INC. and JEFFREY KWAIT, : | |
| : | |
| Plaintiffs, : | |
| : | |
| vs. : | Civil Action No. 02-CV-4041 |
| : | |
| TROPICAL GRAPHICS, INC. and PAUL HIRST, : | JURY TRIAL DEMANDED |
| : | |
| Defendants : | |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Kindly withdraw the appearance of Steven T. Voigt and Tracy Zurzolo Frisch of Reed Smith LLP as counsel for Defendants Tropical Graphics, Inc. and Paul Hirst in this matter. Robert Reger and Jason Sweet of Reger & Rizzo have entered their appearance for the Defendants Tropical Graphics, Inc. and Paul Hirst. Mr. Reger's and Mr. Sweet's Entry of Appearance is attached hereto as "Exhibit A."

| | |
|---|---|
| Steven T. Voigt | Tracy Zurzolo Frisch |
| Attorney I.D. No. 85091 | Attorney I.D. No. 71072 |
| REED SMITH LLP | REED SMITH LLP |
| 2500 One Liberty Place | 2500 One Liberty Place |
| Philadelphia, PA 19103 | Philadelphia, PA 19103 |
| (215) 851-8100 | (215) 851-8100 |

Counsel for Defendants
Tropical Graphics, Inc. and Paul Hirst

Dated: November 25, 2002

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 25th day of November, 2002, I caused to be served a true and correct copy of the foregoing Withdrawal of Appearance of Tracy Zurzolo Frisch and Steven T. Voigt as counsel for Defendants Tropical Graphics, Inc. and Paul Hirst by first class U.S. mail, postage prepaid, to the parties as follows:

Andrew Lapat, Esquire
Stein & Silverman, P.C.
230 S. Broad Street, 18th Floor
Philadelphia, PA  19102

Attorney for KD Graphics, Inc. and Jeffrey Kwait

Robert J. Reger, Esquire
Jason Sweet, Esquire
1150 First Avenue, Suite 250
King of Prussia, PA  19406

Attorneys for Tropical Graphics, Inc. and Paul Hirst


　　　　　Steven T. Voigt
Steven T. Voigt