IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KD GRAPHICS, INC. & JEFFREY KWAIT,<br>    Plaintiffs,<br><br>v.<br><br>TROPICAL GRAPHICS, INC. and PAUL HIRST,<br>    Defendants. | CIVIL ACTION NO. 02-4041 |

**O R D E R**

**AND NOW**, this 27th day of November, 2002, the attached request is **DENIED**.

There is ample time to prepare for the January 17, 2003 arbitration.

BY THE COURT:

_____
**MARVIN KATZ, S.J.**