IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KD GRAPHICS, INC. and JEFFREY KWAIT,<br>    Plaintiffs,<br><br>v.<br><br>TROPICAL GRAPHICS, INC. and PAUL HIRST,<br>    Defendants. | CIVIL ACTION NO. 02-4041 |

**O R D E R**

**AND NOW,** this 17th day of December, 2002, upon consideration of Plaintiffs' Motion for Summary Judgment on Defendants' Counterclaims and Plaintiffs' Motion for Partial Summary Judgment and the responses thereto, it is hereby **ORDERED** that said Motions are **DENIED** with leave to raise the issues at the arbitration on January 17, 2003.

BY THE COURT:

_____
**MARVIN KATZ, S.J.**