### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KD GRAPHICS, INC. and JEFFREY KWAIT,<br>      **Plaintiffs,**<br><br>      v.<br><br>TROPICAL GRAPHICS, INC. and PAUL HIRST,<br>      **Defendants.** | **CIVIL ACTION NO. 02-4041** |

## O R D E R

**AND NOW,** this        day of January, 2003, upon consideration of Plaintiffs'

Motion for Leave to Amend and the Defendants' response thereto, it is hereby **ORDERED** that

said Motion is **DENIED** because it could delay the January 17, 2003 arbitration in violation of the

court's Order of June 26, 2002 that any motions should be filed so as not to delay the arbitration

hearing.[1]

**BY THE COURT:**

_____

**MARVIN KATZ, S.J.**

---

[1]The pleadings with respect to the new defendant would not close before the arbitration.