IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KD Graphics, Inc., et al | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 02-4041 |
| Tropical Graphics, Inc., et al | : | |
| | : | |

### ORDER SUBSTITUTING AN ARBITRATOR

AND NOW, this         day of          , 2003, it is hereby

ORDERED that Margot Jones, Esq. is replaced as an arbitrator on Friday, January 17, 2003, 9:30a.m.  It is hereby

FURTHER ORDERED that Linda Moy, Esq. is appointed to serve as arbitrator in the above-captioned civil action at the time and date previously set forth.

BY THE COURT:

_____
MARVIN KATZ, J.

ARB8 (12/82)