IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION |
| KD Graphics, Inc. and Jeffrey Kwait | : |  |
|  | : |  |
| v. | : |  |
| Tropical Graphics, Inc. and Paul Hirst | : |  |
| =============================== |  |  |
| Paul Hirst and Tropical Graphics, Inc., Counter Claimant | : | NO. 02-4041 |
| v. |  |  |
| KD Graphics, Inc., Counter Defendant |  |  |

**CIVIL JUDGMENT**

BEFORE MARVIN KATZ

      AND NOW, this         day of            , 2003, it appearing that an Arbitration Award was entered and filed on 1/22/03, and that 30 days have elapsed from the entry of the award without any party demanding a trial *de novo*, it is hereby

      ORDERED, that in accordance with the Arbitration Award and Local Civil Rule 53.2, Section 6, judgment is entered on plaintiffs claims in favor of plaintiff Jeffrey Kwait only and against defendant Tropical Graphics, Inc. only on Count V for the total sum of $35,000.00, and in favor of defendant Paul Hirst against plaintiffs; and on defendants counterclaims in favor of counter claimant Tropical Graphics, Inc. only and against counter defendant KD Graphics, Inc. only on Count 1 for the total sum of $1,933.17, and in favor of counter defendant Jeffrey Kwait against both counter claimants.

ATTEST:                              OR                         BY THE COURT:

By:_____                                        _____
Deputy Clerk                                                    MARVIN KATZ, J.

ARB 16